IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                              *
                                    *
Philip Howard Collector             *  CASE No.
                                    *  Chapter 7
              Debtor                *
                                    *
*   *   *   *   *   *   *   *   *   *   *   *   *

**STATEMENT PURSUANT TO RULE 2016(b)**

      The undersigned counsel, pursuant to Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, states that the compensation paid or promised by the debtor, to the undersigned, is as follows:

      1. For legal services rendered, the debtor has agreed to retain the undersigned counsel on an hourly basis and to pay $400.00 per hour billable against a retainer of $7,500.00.

      2. Prior to the filing of this statement, the undersigned counsel has received on behalf of the debtor the sum of $7,500.00 as a retainer and the $335.00 filing fee, for a total of $7,835.00, which sum was paid by a non-debtor, third party, a corporate entity owned by the debtor.

      3. In addition, within one year prior to the filing of this Chapter 7 case as disclosed in the Statement of Financial Affairs, Question 9, which was filed simultaneously with this initial F.R.B.P. 2016(b) Statement, the undersigned counsel received on behalf of the debtor the following payments on the dates indicated for services rendered on behalf of the debtor, all of which sums were paid by a non-debtor, third party, a corporate entity owned by the debtor.

| Date | Amount |
|---|---|
| 11/13/15 | $255.00 |
| 11/30/15 | $765.00 |
| 01/05/16 | $300.00 |
| 02/01/16 | $255.00 |
| 03/24/16 | $765.00 |
| 05/31/16 | $510.00 |
| 07/19/16 | $510.00 |
| 08/29/16 | $510.00 |
| 10/06/16 | $1,910.80 |
| 10/07/16 | $255.00 |

      4. Balance due will vary upon the work performed and hours spent.

      5. The filing fee has been paid.

6. The services rendered or to be rendered include the following:

(a) Analysis of the financial situation, including a review of tax obligations and issues of dischargeability, and rendering of advice and assistance to the client in determining whether to file a petition under title 11, United States Code.

(b) Preparation and filing of the petition, schedules of assets and liabilities, and statement of affairs.

(c) Representation of the client at the first meeting of creditors.

(d) Representation of the client regarding requests for information and documents made by the trustee and creditors.

(e) Representation regarding any motion for relief from stay, motion to avoid lien, motion to value collateral, or regarding the negotiation of any reaffirmation agreement.

(f) By virtue of the above-referenced retainer, the appearance of counsel is NOT entered in and representation does NOT include (i) any objection to discharge, any (ii) complaint to determine the dischargeability of any debt, (iii).complaint to revoke discharge, (iv).any other adversary proceeding, and (v) any audit conducted by the U.S. Trustee. The debtor agrees to the exclusion of these matters, and these matters would only be handled by the undersigned counsel with a separately negotiated retainer on an hourly basis.

7. The undersigned counsel further states that the source of monies paid by the debtor to the undersigned was and is, earnings, wages and compensation for services performed, and was paid by the debtor.

8. Pursuant to Local Bankruptcy Rule 9010-5 the undersigned counsel shall be counsel of record in all matters arising during the administration of this case except as provided in paragraph 6(f), to which exclusions the debtor agrees, until the entry of a court order allowing the withdrawal of appearance, or until the case is dismissed or closed.

Respectfully submitted,

| | |
|---|---|
|     10/13/16 | /s/    Marc R. Kivitz |
| Date | Marc R. Kivitz |
| | Trial Bar No. 02878 |
| | Suite 1330 |
| | 201 North Charles Street |
| | Baltimore, Maryland 21201 |
| | (410) 625-2300 |
| | Facsimile: (410) 576-0140 |
| | Email: mkivitz@aol.com |

Attorney for debtor

TERMS OF REPRESENTATION ACCEPTED AND AGREED:

| 10/ 13 /16 | /s/   Philip Howard Collector |
|---|---|
| Date | Philip Howard Collector |