# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**Date: 10/14/16**

In re:   Case No.:  16–23734 RAG    Chapter:  7

Philip Howard Collector
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 1 – Chapter 7 Voluntary Petition Individual. Fee Amount $335 Filed by Philip Howard Collector. Section 521(i)(1) Incomplete Filing date: 11/28/2016. (Kivitz, Marc)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 10/28/16.**

CURE: Part 6, Question 16 was left blank. One of the boxes must be checked for this question to indicate the type of debts. Please file an Amended Voluntary Petition and a Certificate of Service.

CONSEQUENCE: Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Mark A. Neal, Clerk of Court
by Deputy Clerk, Laurie Arter  301–344–3327

cc:  Debtor(s)
     Attorney for Debtor(s) – Marc Robert Kivitz

Form defntc (11/2013)