<u>UNITED STATES BANKRUPTCY COURT</u>

<u>FOR THE DISTRICT OF MARYLAND</u>

IN RE:                                              *

PHILIP HOWARD COLLECTOR          *      CASE NO. 16-23734

                                                                         (CHAPTER 7)

        Debtor                                *

*****************************************************************

<u>LINE</u>

Please set a bar date and notify creditors to file proof of claims in this matter.

                                                                    /s/_____

                                                                    MARC H. BAER, TRUSTEE

                                                                    455 Main Street

                                                                    Reisterstown, MD  21136

                                                                    (443)712-2529

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on this 5th day of December, 2016, after reviewing the Court's ECF records, that all persons required to be served with a copy of the foregoing Line should receive a copy electronically from the Court including:

**US Trustee-via ecf**

**Attorney for Debtor-via ecf**

                                                                    /s/_____

                                                                    MARC H. BAER, TRUSTEE