UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                *

PHILIP HOWARD COLLECTOR               *        CASE NO. 16-23734
                                               (CHAPTER 7)
  Debtor                              *

**********************************

ORDER TO EMPLOY ATTORNEY

Now upon the aforegoing Application to Employ Attorney, it is by the United States Bankruptcy Court for the District of Maryland:

ORDERED, that Marc H. Baer, Trustee, is hereby approved to act as his own attorney in connection with the above bankruptcy estate, and that legal fees and expenses shall be subject to Court approval.

CC:   Trustee
      US Trustee
      Debtor's Attorney

**End of Order**